

**WALSH PIZZI O'REILLY FALANGA**

ONE RIVERFRONT PLAZA
1037 Raymond Blvd., Suite 600
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

December 21, 2018

**VIA ECF AND FIRST CLASS MAIL**
Hon. Michael A. Shipp, U.S.D.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, N.J. 08608

      Re:    *Gilead Sciences, Ltd., et al. v. Strides Pharma, Inc., et al.*
             **Civil Action No. 18-11134 (MAS)(DEA)**

Dear Judge Shipp:

     This firm, together with Venable LLP, represents Plaintiffs Gilead Sciences, Inc. and Emory University in connection with the above-referenced matter. Enclosed for the Court's consideration is a Stipulation and proposed Order for Dismissal with Prejudice. If the Stipulation and proposed Order meets with Your Honor's approval, we respectfully request that Your Honor sign and have it entered on the docket.

     We thank the Court for its consideration of the attached and are available should Your Honor or your staff have any questions or need anything further.

                                     Respectfully submitted,

                                     *s/Liza M. Walsh*

                                   Liza M. Walsh

Enclosure
cc:     All Counsel of Record (*via ECF and Email*)

<u>Exhibit A</u>

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GILEAD SCIENCES, INC. and EMORY UNIVERSITY,<br><br>      Plaintiffs,<br><br>  v.<br><br>STRIDES PHARMA, INC. and STRIDES PHARMA GLOBAL PTE LIMITED,<br><br>      Defendants. | Civil Action No.: 3:18-cv-11134-MAS-DEA |

**<u>STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE</u>**

IT IS HEREBY STIPULATED AND AGREED, by Plaintiffs Gilead Sciences, Inc. ("Gilead") and Emory University ("Emory") and Defendants Strides Pharma, Inc. and Strides Pharma Global PTE Limited (collectively, "Strides"), through their undersigned counsel and subject to the Court's approval, as follows:

1. All claims, counterclaims, affirmative defenses, and/or causes of action asserted by the parties against each other in the above-captioned action by and between Gilead, Emory, and Strides are hereby dismissed *with prejudice*;

2. Either party may write to the Court to reopen this matter and restore it to the active docket at any time within sixty (60) days after termination of discussions between the parties to cure any objections raised by the Federal Trade Commission and/or Department of Justice; and

3. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: December 21, 2018

| | |
|---|---|
| GILEAD SCIENCES, INC. and EMORY UNIVERSITY | STRIDES PHARMA, INC. and STRIDES PHARMA GLOBAL PTE LIMITED |
| | |
| *s/Liza M. Walsh* | *s/Louis H. Weinstein* |
| Liza M. Walsh | Andrew J. Miller |
| Eleonore Ofosu-Antwi | Ajay Kayal |
| WALSH PIZZI O'REILLY FALANGA LLP | Louis H. Weinstein |
| One Riverfront Plaza | BUDD LARNER, P.C. |
| 1037 Raymond Boulevard, Suite 600 | 150 John F. Kennedy Parkway |
| Newark, NJ 07102 | Short Hills, NJ 07078 |
| Tel: 973-757-1100 | (973) 379-4800 |
| Fax: 973-757-1090 | lweinstein@buddlarner.com |
| lwalsh@walsh.law | |
| | *Counsel for Defendants Strides Pharma, Inc. and Strides Pharma Global PTE Limited* |
| Christopher P. Borello | |
| Frederick C. Millett | |
| VENABLE \| FITZPATRICK | |
| Venable LLP, 1290 Avenue of the Americas | |
| New York, NY 10104 | |
| Tel: (212) 218-2100 | |
| Fax: (212) 218-2200 | |
| cborello@venable.com | |
| fmillett@venable.com | |
| | |
| *Counsel for Plaintiffs Gilead Sciences, Inc. and Emory University* | |

**IT IS SO ORDERED THIS _____ day of _____, 2018**

_____
Honorable Michael A. Shipp, U.S.D.J.